# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO. 4:05CR00305-026 SWW

SHAWN LUEPKES

### ORDER

Pending before the Court is defendant's motion for a modification of the sentence imposed in the United States District Court for the Eastern District of Arkansas on August 14, 2006. Defendant requests that he receive credit for the time he already has served for this charge in federal custody and that his sentence be reduced by 7 months and 11 days.

The Court sentenced defendant to a term of imprisonment and would advise defendant that the Bureau of Prisons will apply the proper credit for any time that defendant has served in federal custody on this offense. If defendant has any problems with respect to receiving this credit, he should consult with his case manager at the Bureau of Prisons. Therefore, the motion will be denied.

IT IS ORDERED that defendant's motion for a modification of his sentence be, and it hereby is, denied.

DATED this 21st day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE