IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 30 2008

JAMES W McCORMACK
By:_____ CLERK
                    DEP CLERK

UNITED STATES OF AMERICA

vs.                         NO.  4:05CR00305-026 SWW

SHAWN LUEPKES

### AMENDED ORDER[1]

Before the Court is the government's motion for release of property seized in this matter. The government states that, among other things, a Jennings .22 caliber semi-automatic pistol, serial number unknown, was seized at the time of defendant's arrest by the Conway Police Department and the Drug Enforcement Agency. Further, the government states that defendant's mother has stated that the pistol belongs to her and was given to her by her mother. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion hereby is granted, and the Conway Police Department, the Faulkner County Sheriff's Office and the Drug Enforcement Agency are directed to release the Jennings .22 caliber semi-automatic pistol, serial number unknown, seized on September 14, 2005, from defendant Shawn Luepkes (Arkansas Arrest Disposition Report 05-8757), to Ms. Linda Hart, 10 Johnson Loop, Greenbrier, Arkansas 72058.

DATED this 30th day of June, 2008.

_____
SUSAN WEBBER WRIGHT
United States District Judge

---

[1] The Court has been advised that Ms. Linda Hart will need an actual signature on the previous order entered in this matter so that she will be able to have the weapon released to her which is the purpose of this amended order.